An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

JACQUELINE LEFKOWITZ,
Appellant,
vs.
BENJAMIN JOSEPH
COLLINSWORTH,
Respondent.

No. 63745

**FILED**

SEP 27 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

The parties' September 12, 2013, stipulation to dismiss this appeal, with the parties to bear their own costs and fees, is approved. NRAP 42(b). Accordingly, we

ORDER this appeal DISMISSED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc: Hon. Kenneth E. Pollock, District Judge
Pecos Law Group
Joseph W. Houston, II
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

13-28995